ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 8 2006

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

PATRICK OWEN CUNNINGHAM, 1048805,  )
                    Petitioner,  )
                                 )
v.                               )          No. 3:04-CV-1814-B
                                 )
DOUGLAS DRETKE, Director, Texas  )
Department of Criminal Justice, Correctional  )
Institutions Division,           )
                    Respondent.  )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this _18th_ day of _____, 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE